1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9   ROBERT BISHOP,                                    CASE NO. 1:11-cv-00094-SAB (PC)

10                     Plaintiff,                     ORDER GRANTING PLAINTIFF'S MOTION
                                                      TO ADDRESS TYPOGRAPHICAL ERRORS
11        v.                                          AND DIRECTING THE CLERK'S OFFICE TO
                                                      CORRECT THE DOCKET
12   KELLY HARRINGTON, et al.,
                                                      (ECF No. 16)
13                     Defendants.

14   _____/

15        Plaintiff Robert Bishop, a state prisoner appearing pro se and in forma pauperis in this civil

16   rights action pursuant to 42 U.S.C. § 1983, filed this action on January 10, 2011.  (ECF No. 1.)  On

17   May 29, 2012, Plaintiff filed a motion to address typographical errors on the docket.  (ECF No. 16.)

18   The Court has reviewed Plaintiff's motion, complaint, and the docket and HEREBY ORDERS that:

19        1.    Plaintiff's motion to address typographical errors is GRANTED; and

20        2.    The Clerk's Office is directed to make the following corrections to the docket and

21              send Plaintiff a copy of the corrected docket:

22              a.    There has been a jury demand in this action;

23              b.    Defendant J. Bugafin's name is to be corrected to J. Bugarin; and

24              c.    Defendant G. Marta's name is to be corrected to J. Maita.

25

26   IT IS SO ORDERED.

27   **Dated:    February 21, 2013**

                                                      UNITED STATES MAGISTRATE JUDGE
28

1