# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP, | CASE NO. 1:11-cv-00094-SAB (PC) |
| Plaintiff, | ORDER DENYING MOTION TO AMEND AS UNNECESSARY |
| v. | (ECF No. 19) |
| KELLY HARRINGTON, et al., | |
| Defendants. | |

Plaintiff Robert Bishop, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 10, 2011.  On March 15, 2013, Plaintiff filed a motion seeking leave to amend his complaint. (ECF No. 19.)

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  Here, Plaintiff does not need leave of the Court to file a first amended complaint because no responsive pleading have been filed yet.  Accordingly, Plaintiff's motion to file an amended complaint is HEREBY DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **March 19, 2013**

UNITED STATES MAGISTRATE JUDGE

1