# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL LOPEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00273-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO AMEND FILED JULY 17, 2015<br><br>[ECF No. 58] |

Plaintiff Robert Bishop is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 17, 2015, Plaintiff filed a motion to amend and seeks leave to file a third amended complaint. (ECF No. 58.)   Defendants have not filed an opposition or statement of non-opposition to Plaintiff's motion.  Local Rule 230(l).  Accordingly, within **twenty (20)** days from the date of service of this order, Defendants shall file a response to Plaintiff's motion to amend.

IT IS SO ORDERED.

Dated: __August 21, 2015__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1