UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL LOPEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00273-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S FIRST AND SECOND SETS OF REQUESTS FOR ADMISSIONS<br><br>[ECF No. 69] |

　　　　Plaintiff Robert Bishop is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 10, 2015, Defendants filed a request for an extension of time to file responses to Plaintiff's first and second sets of requests for admissions, as well as other discovery requests previously addressed by the Court's September 11, 2015.

　　　　Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants have until October 28, 2015, to serve their responses to Plaintiff's first and second requests for admissions.

IT IS SO ORDERED.

Dated: __September 14, 2015__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1