**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BISHOP,<br><br>          Plaintiff,<br><br>     v.<br><br>RAUL LOPEZ, et al.,<br><br>          Defendants. | Case No.: 1:15-cv-00273-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 95, 101] |

Plaintiff Robert Bishop is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On November 25, 2015, the Magistrate Judge filed a Findings and Recommendation which was served on the parties and which contained notice to the parties that objections to the Findings and Recommendation were to be filed within thirty days.  The thirty day time frame has expired and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on November 25, 2015, is adopted in full; and

2. Plaintiff's motion for injunctive relief, filed October 23, 2015, is DENIED.

IT IS SO ORDERED.

Dated:  **March 14, 2016**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE