**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BISHOP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAUL LOPEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00273-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 122] |

　　　　Plaintiff Robert Bishop is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 4, 2016, Defendants filed a motion to modify the dispositive motion deadline. Pursuant to the Court's discovery and scheduling order, the current deadline for filing dispositive motions is May 5, 2016.  However, on September 24, 2015, Defendants filed an exhaustion motion for summary judgment which is pending review by the Court.  On November 25, 2015, the Court granted Defendants' request to stay all merits-based discovery.  (ECF No. 102.)

　　　　Defendants submit that in the event their exhaustion-based motion for summary judgment is denied, Defendants will need additional time to conduct merit-based discovery and file a merit-based dispositive motion.  Therefore, Defendants request a modification of the dispositive motion deadline to seventy-days after the Court resets the merits-based discovery deadline.

///

///

///

1

1    Good cause having been presented to the Court, the dispositive motion deadline is VACATED
2  and a filing date will be reset after the Court issues a new merit-based discovery deadline.

4  IT IS SO ORDERED.

5  Dated:   **May 5, 2016**

6                                                                    UNITED STATES MAGISTRATE JUDGE