1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6          **EASTERN DISTRICT OF CALIFORNIA**
7
8   ROBERT BISHOP,                              )   Case No.: 1:15-cv-00273-LJO-SAB (PC)
                                                )
9              Plaintiff,                       )
                                                )   ORDER ADOPTING FINDINGS AND
10         v.                                   )   RECOMMENDATION, DENYING PLAINTIFF'S
                                                )   MOTION FOR A COURT ORDER GRANTING
11  RAUL LOPEZ, et al.,                         )   ACCESS TO THE LAW LIBRARY AND LEGAL
                                                )   MATERIALS
12             Defendants.                      )
                                                )   [ECF Nos. 112 & 113]
13                                              )
    _____     )
14

15         Plaintiff Robert Bishop is appearing pro se and in forma pauperis in this civil rights action

16  pursuant to 42 U.S.C. § 1983.

17         The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

18  636(b)(1)(B) and Local Rule 302.  On March 22, 2016, the Magistrate Judge filed a Findings and

19  Recommendation which was served on the parties and contained notice objections to the Findings and

20  Recommendation were to be filed within thirty days.  The thirty day time frame has expired and no

21  objections were filed.

22         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de*

23  *novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

24  Recommendation to be supported by the record and by proper analysis.

25  ///

26  ///

27  ///

28  ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation, filed on March 22, 2016, is adopted in full; and

2.      Plaintiff's motion for injunctive relief, filed March 18, 2016, is DENIED.

IT IS SO ORDERED.

Dated:   **June 13, 2016**                  **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE